IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NICOLE WILSON f/k/a NICOLE MALONE, <br><br> Plaintiff, <br><br> v. <br><br> CURTIS O. BARNES, P.C., <br> d/b/a Law Office of Curtis O Barnes, P.C., <br> a California Professional Corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : CIVIL ACTION FILE <br> : <br> : NO. 5:08-cv-371 <br> : <br> : <br> : <br> : <br> : |

**COMPLAINT FOR DAMAGES**

**INTRODUCTION**

1.  This is an action for damages against the defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. and supplemental claims under California's Rosenthal Fair Debt Collection Practices Act.

## SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337 (federal question jurisdiction).

3. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and decide any related issues of state law.

## PARTIES AND PERSONAL JURISDICTION

4. Plaintiff is a resident of this State, District and Division and is authorized by law to bring this action.

5. Defendant CURTIS O. BARNES, P.C. is a corporation organized under the laws of the State of California. [Hereinafter, said Defendant is referred to as "BARNES."]

6. BARNES is subject to the jurisdiction and venue of this Court.

7. BARNES may be served by personal service upon its registered agent in the state of California, to wit: Curtis Owen Barnes, 390 West Cerritos Avenue, Anaheim, California 92805.

8. Alternatively, BARNES may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the States of Georgia or California.

## FACTS COMMON TO ALL CAUSES

9. BARNES uses the mails in its business.

10. BARNES uses telephone communications in its business.

11. The principle purpose of BARNES's business is the collection of debts.

12. BARNES regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

13. BARNES is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

14. In the course of attempting to collect a debt allegedly due from Plaintiff to a business not a party to this litigation, BARNES communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

15. In 2008, BARNES has left a series of recorded telephone messages for Plaintiff.

16. In the messages, BARNES did not meaningfully disclose its identity.

17. In the messages, BARNES did not state that the communication was from a debt collector.

18. In the messages, BARNES did not state that the communication was an attempt to collect a debt.

19. In 2008, BARNES communicated with third parties, including relatives and neighbors, regarding Plaintiff in violation of the Federal Fair Debt Collection Practices Act and California's Rosenthal Fair Debt Collection Practices Act.

20. All of these contacts with third parties occurred after they had obtained accurate location information on the plaintiff.

21. During these communications with third parties, an agent for BARNES requested that they act as messengers to pass along notes for them to Call BARNES.

22. The calls from BARNES collection agents to Plaintiff's Neighbor and relatives were very embarrassing.

23. Defendant's communications violate the Federal Fair Debt Collection Practices Act.

24. Defendant's communications violate California's Rosenthal Fair Debt Collection Practices Act.

25. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSES OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

26. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

27. Defendant's violations of the FDCPA include, but are not limited to, the following:

28. The placement of telephone calls, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector, in violation of 15 U.S.C. § 1692c(b);

29. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

30. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e; and

31. The failure to disclose in subsequent communications that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11).

32. As a result of Defendant's actions, Plaintiff is entitled to an award of statutory and actual damages, as well as an award of costs and attorney fees.

**COUNT TWO: ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CALIF. CIVIL CODE §§ 1788 ET SEQ.**

33. The Defendant's actions constitute violations of California's Rosenthal Fair Debt Collection Practices Act, including but not limited to:

34. Failure to comply with all of the provisions of Sections 1692b to 1692j of the Federal Fair Debt Collection Practices Act, in violation of California Civil Code § 1788.17.

35. As a result of the Defendant's actions, the Plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

    a) That Plaintiff be awarded actual and statutory damages;

    b) That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

    c) That the Court declare each and every defense raised by Defendant to be insufficient; and

    d) That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

                        **THE LAW OFFICES OF JAMES M. FEAGLE, P.C.**

                  by:   s/
                        James M. Feagle
                        Attorney for Plaintiff
                        Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax
jimfeagle@aol.com